IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SBD APPAREL LIMITED, | : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:17-CV-4516-AT |
| A7 FITNESS INC., | : : | |
| Defendant. | : : : | |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Third Extension of Time to File Joint Preliminary Report [Doc. 20]. The Parties indicate that they have reached a settlement and need an extension of time to execute the settlement documents. (Doc. 20 at 1.) Instead of granting an extension, the Court will **ADMINISTRATIVELY CLOSE** the case for twenty-one days from the date of this Order. If the Parties finalize the settlement in that time, they are **ORDERED** to file a stipulation of dismissal. If the Parties do not finalize the settlement by the expiration of the time provided, they are **ORDERED** to move to reopen this case and file their Joint Preliminary Report and Discovery Plan ("JPRDP").

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case and **RESUBMIT** this Order in twenty-two days.

**IT IS SO ORDERED** this 28th day of February, 2018.

*[signature]*
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**